# United States District Court

EASTERN DISTRICT OF WISCONSIN

**JUDGMENT IN A CIVIL CASE**

**CHANGSHAN WU and**
**YAN WANG,**

                Plaintiffs,

              V.                          CASE NUMBER: **07-C-101**

**MICHAEL CHERTOFF,**
**EMILIO T. GONZALEZ,**
**GERARD HEINAUER,**
**ROBERT S. MUELLER,**

                Defendants.

☐    **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒    **Decision by Court.**  This action came on for consideration and a decision has been rendered.

IT IS ORDERED AND ADJUDGED **that plaintiffs' action is dismissed without prejudice for failure to prosecute pursuant to Civil Local Rule 41.3 (E.D. Wis.).**

**This action is hereby DISMISSED WITHOUT PREJUDICE.**

      **May 31, 2007**                              **JON W. SANFILIPPO**
Date                                      Clerk

                                        s/ Linda M. Zik
                                        (By) Deputy Clerk